955 A.2d 1010

Jerry HORACK and O'Hara Brothers Machine Co., Petitioners

v.

UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.

Supreme Court of Pennsylvania.

Aug. 26, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of August 2008, The Petition for Allowance of Appeal is DENIED. The Motion to Amend the Petition for Allowance of Appeal is GRANTED.